# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BIGLER JOBE STOUFFER II and TRANSFORMATIONS INT. INC.,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. CIV 20-239-RAW-SPS ) |
| **TOMMY SHARP and WESTERN SPORTSMAN CLUB, INC.,** | ) ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER
## DENYING MOTIONS FOR APPOINTMENT OF COUNSEL

Plaintiffs Bigler Jobe Stouffer and Transformations Int. Inc. have filed two motions requesting the Court to appoint counsel (Dkts. 35, 42). They bear the burden of convincing the Court that their claims have sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Plaintiffs' claims, the nature of factual issues raised in their allegations, and their ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Plaintiffs' ability to present their claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** Plaintiffs' motions for appointment of counsel (Dkts. 35, 42) are

DENIED.

**IT IS SO ORDERED** this 19th day of October 2021.

*Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma